IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*FILED ELECTRONICALLY*

| | |
|---|---|
| **HENRY J. KAPLAN, M.D.** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:19-CV-00825-CRS |
| | ) |
| **UNIVERSITY OF LOUISVILLE** | ) |
| And **TONI M. GANZEL, M.D.,** | ) |
| And **RONALD I. PAUL** And | ) |
| **GREGORY C. POSTEL, M.D.** | ) |
| | ) |
| **DEFENDANTS** | ) |

**AGREED ORDER EXTENDING DEFENDANTS' TIME
TO REPLY IN SUPPORT OF MOTION TO DISMISS**

Plaintiff Henry J. Kaplan and Defendants University of Louisville, Toni M. Ganzel, Ronald I. Paul, and Gregory C. Postel, by counsel, have agreed that the Defendants may have fourteen (14) additional days to file a reply in support of their pending Motion to Dismiss (ECF No. 6). Accordingly, pursuant to Local Rule 7.1(b), and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Defendants' deadline to reply in support of their pending Motion to Dismiss is EXTENDED to Friday, February 14, 2020.

AGREED TO AND TENDERED BY:

/s/  Matthew Barszcz
Donna King Perry
Matthew Barszcz
Chase M. Cunningham
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone:  (502) 581-8000
Facsimile:  (502) 581-8111
Donna.Perry@dinsmore.com
Matthew.Barszcz@dinsmore.com
Chase.Cunningham@dinsmore.com
*Counsel for Defendants*


/s/  Kevin L. Chlarson (with permission)
Dennis D. Murrell
Kevin L. Chlarson
Katherine T. Reisz
MIDDLETON REUTLINGER
401 South Fourth Street, Suite 2600
Louisville, Kentucky 40202
Telephone: (502) 584-1135
Facsimile: (502) 561-0442
dmurrell@middletonlaw.com
kchlarson@middletonlaw.com
kreisz@middletonlaw.com
*Counsel for Plaintiff*