Case No. 20-5965

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

HENRY J. KAPLAN, M.D.

      Plaintiff - Appellant

v.

UNIVERSITY OF LOUISVILLE; TONI M. GANZEL, M.D.; RONALD I. PAUL, M.D.;
GREGORY C. POSTEL, M.D.

      Defendants - Appellees

Upon consideration of appellant's motion to withdraw Christopher K. Stewart as counsel of record,

It is **ORDERED** that the motion be and it hereby is **GRANTED.**

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  February 16, 2021

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 16, 2021

Mr. Matthew Warren Barszcz
Mr. Chase Martin Cunningham
Ms. Donna King Perry
Mr. Jeremy S. Rogers
Dinsmore & Shohl
101 S. Fifth Street, Suite 2500
Louisville, KY 40202

Mr. Kevin L. Chlarson
Mr. Dennis David Murrell
Middleton Reutlinger
401 S. Fourth Street, Suite 2600
Louisville, KY 40202

Re:  Case No. 20-5965, *Henry Kaplan v. University of Louisville, et al*
Originating Case No. : 3:19-cv-00825

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc:  Ms. Vanessa L. Armstrong

Enclosure